[No. 51477-6-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
TOBY MADDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-06461-1, Terence Lukens, J., entered
November 27, 2002. *Affirmed* by unpublished opinion per
Cox, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 51519-5-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
MAXINA L. RABANG, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-1-01149-0, David A. Nichols and
Steven J. Mura, JJ., entered November 18 and December 3,
2002. *Affirmed* by unpublished per curiam opinion.

[No. 51525-0-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY ALLEN
LINCOLN, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 99-1-00135-7, Steven J. Mura, J.,
entered November 14, 1999. *Affirmed* by unpublished per
curiam opinion.

[No. 51557-8-I.   Division One.   December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE HAROLD
HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-05061-0, Brian D. Gain, J., entered De-
cember 19, 2002. *Affirmed* by unpublished per curiam
opinion.